# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:15-MJ-1308-1

SPENCER E. THOMPSON

    On December 10, 2015, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith  
Eddie J. Smith  
Supervising U.S. Probation Officer

/s/ Lee Holmes  
Lee Holmes  
Probation Officer  
310 Dick Street  
Fayetteville, NC 28301-5730  
Phone: 910-354-2568  
Executed On: August 02, 2016

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __3rd__ day of __August__, 2016.

Kimberly A. Swank  
U.S. Magistrate Judge